# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KENNETH CHARLES EVERETT**                                                                 **PLAINTIFF**

**v.**                                **3:10CV00099 BSM JJV**

**LARRY MILLS,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 14th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE